UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:  Case No. 24-41111

Chapter 13

Steven Royce Parker,

     Debtor.  ***ORDER GRANTING RELIEF FROM STAY AND CODEBTOR RELIEF FROM STAY***

---

This case is before the court on the motion of AmeriCredit Financial Services, Inc. dba GM Financial for relief from the automatic stay imposed by 11 U.S.C. §362(a) and the codebtor stay of 11 U.S.C. §1301.

Based on the record, the court finds that grounds exist under 11 U.S.C. §362(d) to warrant relief.

**IT IS ORDERED:**

1. The motion for relief from stay and codebtor relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. §362(a) and the codebtor stay of 11 U.S.C. §1301 are terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

    2020 GMC Sierra 1500, VIN:  1GTP9EEL6LZ106599

3. Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated:  August 15, 2024

/e/Kesha L. Tanabe
Kesha L. Tanabe
United States Bankruptcy Judge